UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CHARLES W. GERENA,

                                        Plaintiff,

        -v-                                        9:13-CV-953
                                                   (DNH/ATB)

NICK PEZDEK, et al.,

                                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

CHARLES W. GERENA
Plaintiff, *Pro se*

TIMOTHY P. MULVEY, ESQ.
Asst. Attorney General

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Pro se plaintiff Charles W. Gerena brought this civil rights action pursuant to 42

U.S.C. § 1983.  On December 8, 2015, the Honorable Andrew T. Baxter, United States

Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary

judgment be granted, and the complaint be dismissed in its entirety.  See ECF No. 77.

Plaintiff submitted objections to the Report-Recommendation.  See ECF No. 80.

        Based upon a de novo review of the Report-Recommendation to which plaintiff

objected, the Report-Recommendation is accepted in whole.  See 28 U.S.C. § 636(b)(1).

        Therefore, it is ORDERED that:

        1.  Defendants' motion for summary judgment is **GRANTED**, and the complaint is

**DISMISSED IN ITS ENTIRETY**; and

2.  The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

The Clerk of the Court shall enter judgment and close this case.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  December 30, 2015
        Utica, New York